IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-11344
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EMILIO JIMENEZ-ARREGUIN, also
known as Chino,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CR-409-6-P
- - - - - - - - - - -

October 20, 1999

Before JONES, WIENER, and STEWART, Circuit Judges.

PER CURIAM:[*]

Emilio Jimenez-Arreguin (Arreguin) appeals from his sentence following his guilty-plea conviction for conspiracy to possess with the intent to distribute methamphetamine. He argues that the district court erred by increasing his offense level by two pursuant to U.S.S.G. § 3B1.1(c) based on his managerial role in the offense. We have reviewed the record and the briefs of the parties, and we conclude that Arreguin has failed to show that

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the district court's § 3B1.1(c) finding was clearly erroneous.
See <u>United States v. Sherbak</u>, 950 F.2d 1095, 1099-1100 (5th Cir.
1992).

AFFIRMED.